UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALAVTORE LaROSA, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>FRANCIS J. HARVEY, )<br>SECRETARY OF THE ARMY )<br>  Defendant. ) | Civil Action No.<br>05-10937 -GAO |

## JOINT REQUEST FOR REMAND

The parties hereby jointly request that the instant claim be remanded for reconsideration in light of the District of Columbia district court's recent decision in Lipsman, et al v. Sec. of the Army, et al., 335 F.Supp.2d 48 (D.D.C. 2004).

In rendering the decision underlying this action, the Army Board for the Correction of Military Records ("ABCMR") relied on language in its regulations, Army Regulation ("AR") 15-185, that was found to be unlawful by the District of Columbia district court. Specifically, A.R. 15-185 § 2-15(b) was found to violate the enabling statute, 10 U.S.C. § 1552, because it authorized ABCMR staff members, instead of ABCMR itself, to evaluate reconsideration requests that contain new evidence.

The administrative decisions issued in this matter by the ABCMR on January 30, 2001 and July 26, 2002 indicate it relied on paragraph 2-15b of Army Regulation 15-185.

Because the ABCMR has removed paragraph 2-15b, which formed the basis for denying Mr. LaRosa's application, the parties request that the matter be remanded for reconsideration by the agency.

|  |  |
|---|---|
|  | Respectfully submitted, |
| For the Plaintiff,<br>Salvatore Da Rosa | For the Defendant,<br>Francis J. Harvey, |
|  | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| /s/ Rosario Mario Rizzo by MJG<br>Rosario Mario Rizzo<br>Attorney at Law<br>801 Main Street<br>Concord, MA 01742-3313<br>(978) 371-2500 | /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant United States Attorney<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3136 |